STATE of Missouri, Respondent,

v.

Darren L. JOHNSON, Appellant.

No. ED 86667.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 21, 2006.

Jo Ann Rotermund, District Defender, Saint Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Darren Johnson appeals the judgment entered on his conviction for trafficking drugs in the second degree.

We have reviewed the parties' briefs and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with our local Rule 405. The judgment is affirmed under Rule 30.25(b).